**Nathan M. Hodges** (SBN 277935)  Exempt from Fees **[Govt. Code §6103]**
Hodges Law Group
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Email:  nathan@hodges-lawgroup.com

**Attorneys for defendants City of McFarland and Christopher Rivera**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MORALES JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MCFARLAND, a government entity; CHRISTOPHER RIVERA, an individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.   1:21-CV-00995-DAD-JLT<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE FOR RESPONSE TO COMPLAINT**<br>**(Doc. 5)** |

Plaintiff, Miguel Morales Jr., and defendants, City of McFarland and Christopher Rivera, by and through their counsel, stipulate as follows:

**STIPULATION**

1. A copy of the Summons and Complaint were served on August 19, 2021 on the City of McFarland.  The summons and complaint were served for both City of McFarland and Christopher Rivera.

Hodges Law Group
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

**STIPULATION FOR ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING**

2. The City of McFarland and Christopher Rivera are currently represented by the City of McFarland's City Attorney, Nathan M. Hodges, Hodges Law Group.

3. Hodges Law Group has requested additional time to tender this claim to the City's Insurance Company and file to a responsive pleading in this matter, and has requested an extension to October 8, 2021;

4. Miguel Morales Jr., has no objections to the extension identified in paragraph 3.

5. Based on the above, the parties stipulate to an extension of the deadline to file a responsive pleading.

Dated: September 8, 2021          HODGES LAW GROUP

                                  By:   /s/ Nathan M. Hodges /s/
                                        NATHAN M. HODGES
                                        Attorneys for defendants

Dated: September 8, 2021          THE ZABETIAN FIRM, PC

                                  By:   /s/ Arash H. Zabetian /s/
                                        ARASH H. ZABETIAN
                                        Attorneys for plaintiff

**Hodges Law Group**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

2

**STIPULATION FOR ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING**

# [~~PROPOSED~~] ORDER

Upon stipulation of the parties, and for good cause appearing therefore, the court grants an extension to defendants, the City of McFarland and Christopher Rivera, to file and serve a responsive pleading. Defendants' responsive pleading shall be filed on or before October 8, 2021.

IT IS SO ORDERED.

Dated:   **September 8, 2021**            **_/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE

Hodges Law Group
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

**STIPULATION FOR ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING**