UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL MORALES JR., | ) | NO. 1:21-cv-00995 DAD JLT |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER re STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PENDING ANTICIPATED FILING OF AMENDED COMPLAINT (Doc. 8)** |
| vs. | ) | |
| CITY OF MCFARALAND, et al., | ) | |
| Defendants. | ) | |

Based upon the stipulation of the parties, the Court **ORDERS**:

The stipulation is GRANTED, and the defendants SHALL file their responsive pleading no later than November 5, 2021. If the plaintiff files an amended complaint in the interim, the defendants SHALL respond to the amended complaint according to the rules.

IT IS SO ORDERED.

Dated:   **October 7, 2021**          **/s/ Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

1