UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF MCFARLAND, ET AL.,<br><br>              Defendants. | Case No. 1:21-cv-00995-ADA-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE **AS MODIFIED**<br><br>(ECF No. 28) |

Pending before the Court is the parties' stipulation, filed March 6, 2023, in which the parties request that the scheduling conference be continued from March 21, 2023 to April 19, 2023. (ECF No. 28.) Based on the parties' representations in the stipulation, the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for March 21, 2023, be continued to April 20, 2023, at 10:00 a.m. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference. (*See* ECF No. 27).

IT IS SO ORDERED.

Dated: __**March 9, 2023**__

                                                       UNITED STATES MAGISTRATE JUDGE